Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendants David Weddell and Communication Unites Everyone, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DISH NETWORK LLC, and SLING TV LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID WEDDELL, COMMUNICATION UNITES EVERYONE, INC., RUSSELL BEGLEY and DOES 1-10,<br><br>Defendants. | Case No.: 2:26-cv-01623-GMN-EJY<br><br>**ORDER GRANTING JOINT STIPULATION TO RELEASE FUNDS TO DEFENDANTS TO PAY LEGAL FEES** |

**STIPULATION**

Defendants David Weddell and Communication Unites Everyone, Inc. and Plaintiffs DISH Network, LLC and Sling TV LLC hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint (ECF No. 1) on or about May 26, 2026.

2. On May 28, 2026, Plaintiffs filed an Ex Parte Motion for Temporary Restraining Order, Limited Expedited Discovery Order, Preservation Order, and Asset Freeze (ECF No. 3).

3. On June 22, 2026, this Court entered an Order Granting Plaintiffs' Motion to Seal and Granting in Part Ex Parte Motion for Temporary Restraining Order (ECF No. 7).

4. On July 15, 2026, the Court converted the Temporary Restraining Order to a Preliminary Injunction with modifications (ECF No. 41).

5. The Court's Order contained a temporary asset freeze that included, but was not



RANDAZZA | LEGAL GROUP

limited to, "all of Defendants' accounts at Bank of America, N.A., including account numbers ending in 3497, 6992, and 5027, and First Financial Bank." (ECF No. 41 at 15, § (d)).

6. However, it additionally provided that "Defendants can access funds that they require to pay their legal fees in this action … either after reaching an agreement with Plaintiffs' counsel or by seeking leave from this Court." (ECF No. 41 at 6, § (d))

7. On July 29, 2026, Defendants' counsel requested that Plaintiffs stipulate to allow Defendants to withdraw $147,400 from Defendant's bank accounts for payment of Defendants' outstanding legal fees of $97,400 plus an additional anticipatory $50,000.

8. On July 29, 2026, Plaintiffs' counsel agreed to stipulate to Defendants' request to withdraw $147,400 from Defendant's bank accounts for payment of legal fees.

9. The Parties preserve and do not waive any claims, objections, or defenses of any kind by entry of this Stipulation, and this Stipulation does not operate as an admission against interest by any party.

WHEREFORE, the Parties pray that the Court approve the terms of this Stipulation.

Dated: July 29, 2026.

RANDAZZA LEGAL GROUP, PLLC
/s/ Marc J. Randazza
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants David Weddell and Communication Unites Everyone, Inc.

MESSNER REEVES LLP
/s/ Stephen M. Ferguson
Karie N. Wilson
Nevada Bar No. 7957
8945 W. Russell Rd., Ste. 300
Las Vegas, NV 89148
Tel: (702) 363-5100
kwilson@messner.com

Stephen M. Ferguson
(*pro hac vice*)
HAGAN NOLL & BOYLE LLC
14800 St. Mary's Ln., Ste. 110
Houston, TX 77079
Tel: (713) 343-0478
stephen.ferguson@hnbllc.com

Attorneys for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C.



RANDAZZA | LEGAL GROUP

RANDAZZA | LEGAL GROUP

**ORDER**

Based upon the foregoing, and good cause appearing, the Court hereby orders as follows:

1. The above stipulation of the parties is approved;

2. Defendants David Weddell and Communication Unites Everyone, Inc. shall be permitted to access $147,000 from Defendant's bank accounts for payment of their legal fees.

3. Defendant's bank is ordered to wire or otherwise transmit $147,000 from Defendant's bank account to the Defendants' counsel's trust account.

**IT IS SO ORDERED.**

**DATED** this 29 day of July, 2026.

Gloria M. Navarro, District Judge
United States District Court