**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DISH NETWORK LLC, and SLING TV LLC,

Plaintiff(s),

vs.

DAVID WEDDELL, COMMUNICATION UNITES EVERYONE, INC., RUSSELL BEGLEY and DOES 1-10,

Defendants.

Case No.: 2:26-cv-01623-GMN-EJY

**DECLARATION OF DAVID WEDDELL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(3)**

**DECLARATION OF DAVID WEDDELL**

I, David Weddell, declare as follows:

1. I am the founder, Chief Executive Officer, a director, and an owner of Defendant Communication Unites Everyone, Inc. ("CUE"). I submit this declaration in support of Defendants' Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3). I have personal knowledge of the matters set forth below, both from my own knowledge and from my familiarity with CUE's operations and business records, and I am authorized to make this declaration on CUE's behalf. If called upon as a witness, I could and would competently testify to these matters.

2. CUE is a corporation organized under the laws of the State of Indiana. Its principal place of business is located at 5035 E Cty Rd 210, Suite A, Knox, Indiana 46534. CUE's officers and employees work in Indiana, Arkansas, New Mexico, Louisiana, Tennessee, and Minnesota. CUE's business records are created and maintained in Indiana, and the decisions concerning CUE's operations are made in Indiana.

3. CUE is not incorporated in Nevada and is not registered or operates in Nevada. CUE maintains no office, no place of business, no employee, no telephone listing, and no bank or financial account in Nevada. CUE owns no real property in Nevada and holds no leasehold or other



Doc ID: c10ca5281795a028996856d82a56daf67bb734e8

interest in real property in Nevada. CUE pays no Nevada state taxes.

4. CUE purchases data center services—commonly called colocation—from a third-party provider. Under that arrangement, CUE's servers are housed in space within a facility located at 3422 Neeham Road in North Las Vegas, Nevada. CUE does not own, operate, or manage that facility, and CUE has no ownership interest in the entity that does. CUE did not select that provider because its facility is located in Nevada. The facility's location in Nevada was not a factor in CUE's decision. CUE selected the provider based on price, availability of space, access to bandwidth, power and contract terms. Had the same provider offered the same terms at a facility in another state, CUE would have been equally willing to place its servers there.

5. CUE does not advertise in Nevada, does not purchase advertising directed at Nevada residents, and does not direct marketing at Nevada residents. CUE has never tailored its service, its channel offerings, or its pricing to Nevada or to Nevada residents. CUE's service is offered on the same terms to customers regardless of where they are located. CUE has ELEVEN subscribers with Nevada billing addresses, which is approximately ½ of one percent of its subscribers. CUE did not solicit those subscribers in Nevada and has taken no step directed at obtaining subscribers in Nevada in particular.

6. CUE has no registered agent for service of process in Nevada and has never appointed one. CUE has never filed any registration, qualification, or annual report with the Nevada Secretary of State.

7. I reside at 5035 E Cty Rd 210, Suite B, Knox, Indiana 46534, and I have resided in Indiana at all times relevant to this action. I am a citizen of the State of Indiana.

8. I own no real property and no personal property in Nevada. I hold no bank, brokerage, or investment account in Nevada. I hold no professional license, business license, or other registration issued by the State of Nevada. I transact no business in Nevada in my individual capacity. I do not own the servers housed at the North Las Vegas facility, and I hold no ownership, leasehold, security, or other property interest in those servers or in that facility.

9. I have visited Nevada on a small number of occasions. Each of those visits was



Doc ID: c10ca5281795a028996856d82a56daf67bb734e8

personal—for vacation or leisure—and none were for CUE business, with two exceptions: (1) I visited the CUE data center in Las Vegas once in 2024; and (2) I traveled to Nevada to attend the hearing on Plaintiffs' motion for a preliminary injunction in this case.

10. I have never traveled to Nevada in connection with the data center aside from the single 2024 visit mentioned above, and I have never traveled to Nevada in connection with any other CUE business. I have never negotiated or executed a contract in Nevada on CUE's behalf. When I made the October 17, 2025, Facebook post described in paragraph 24 of the First Amended Complaint, I was located in Indiana. When I spoke at the CUE leadership and affiliates conference described in paragraph 30 of the First Amended Complaint, I was located in Sarasota, Florida. Neither the post nor the presentation was directed to Nevada or to residents of Nevada. The post was visible to my Facebook connections wherever they happened to be located, and the presentation was made to CUE personnel and affiliates wherever they happened to be located.

11. The witnesses and documents concerning CUE's business, finances, contracts, and technical operations, and the witnesses and documents concerning my own conduct, are located in Indiana. To my knowledge, no witness with knowledge of the matters alleged in the First Amended Complaint resides in Nevada, and no document concerning those matters is maintained in Nevada.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed 9th day of August 2026, at Knox, Indiana.

David Weddell

DAVID WEDDELL



Doc ID: c10ca5281795a028996856d82a56daf67bb734e8