**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DISH NETWORK L.L.C. and
SLING TV L.L.C.,

Plaintiffs,

v.

DAVID WEDDELL, COMMUNICATION UNITES EVERYONE, INC., RUSSELL BEGLEY, SERVER LINQ LLC, AXANO COMMUNICATIONS GROUP, LLC, and DOES 1-10,

Defendants.

Case No. 2:26-cv-01623-GMN-EJY

**ORDER GRANTING PLAINTIFFS' MOTION TO CORRECT DEFENDANT'S NAME ON THE DOCKET, TO DEEM THE SECOND AMENDED COMPLAINT CORRECTED, AND FOR REISSUANCE OF SUMMONS**

Having considered Plaintiffs' Motion to Correct Defendant's Name on the Docket, to Deem the Second Amended Complaint Corrected, and For Reissuance of Summons, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Motion at **ECF No. 124** is GRANTED.

IT IS FURTHER ORDERED that Defendant's name on the Docket shall be correct to Axano Communication Group LLC;

2. Plaintiffs' Second Amended Complaint (ECF 112) is deemed corrected, without refiling, to replace each reference to Axano Communications Group, LLC with Axano Communication Group LLC;

3. The Clerk of Court must issue a summons bearing the corrected name, Axano Communication Group LLC, directed to its registered agent, Cloud Peak Law, LLC, 1095 Sugar View Drive, Suite 500, Sheridan, Wyoming 82801.

DATED this 12th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE